# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ZINNIA I. CHEN,**

        **Plaintiff,**

-vs-                                **Case No.  6:10-cv-1330-Orl-31DAB**

**SIEMENS ENERGY INCORPORATED,**

        **Defendant.**

_____

# ORDER

On March 9, 2011, Magistrate Judge Baker entered a Report and Recommendation (Doc. 24), recommending that Motion for Default Judgment (Doc. 23) be DENIED.  Plaintiff filed timely objections to the Report (Doc. 25).  Defendant responded (Doc. 27).  Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge.  It is, therefore

**ORDERED** that:

1.      The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2.      The Motion for Default Judgment is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 5, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE