**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ZINNIA I. CHEN,

      **Plaintiff,**

-vs-                                                 **Case No. 6:10-cv-1330-Orl-31DAB**

SIEMENS ENERGY INCORPORATED,

      **Defendant.**

_____

# ORDER

On May 3, 2011, Magistrate Judge Baker entered a Report and Recommendation (Doc. 30), recommending that the Motion to Dismiss Plaintiff's First Amended Complaint and Motion to Strike (Doc. 22) be GRANTED IN PART.  Plaintiff filed timely objections to the Report (Doc. 31).  Upon *de novo* review of the Magistrate Judge's recommended disposition in accordance with Fed.R.Civ.P. 72(b)(3), the Court concurs with the recommendation.  It is, therefore

**ORDERED** that:

1.      The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The Motion to Dismiss Plaintiff's First Amended Complaint and Motion to Strike (Doc. 22) is GRANTED IN PART and the First Amended Complaint (Doc. 19) is **DISMISSED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 19, 2011.

_____
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party