**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ZINNIA I. CHEN,**

      **Plaintiff,**

-vs-                                                      Case No. 6:10-cv-1330-Orl-31DAB

**SIEMENS ENERGY INCORPORATED,**

      **Defendant.**
_____

## ORDER

On August 4, 2011, Magistrate Judge Baker entered a Report and Recommendation (Doc. 46), recommending that Plaintiff's claim be dismissed for lack of standing. Plaintiff filed timely objections to the Report (Doc. 47). Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. This case is DISMISSED, without prejudice to the filing of a motion in bankruptcy court to reopen the case for disposition of this claim.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 22, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE